Attorney(s)
Index # **17-CV6331**
Purchased/Filed: October 31, 2017
State of New York
Court:     U. S. District
County:    Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Radames Duran on behalf of himself and all others similarly situated

against

La Boom Disco Inc

Defendant

| STATE OF NEW YORK ) | |
|---|---|
| COUNTY OF ALBANY ) SS | |
| CITY OF ALBANY ) | |

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 55 yrs

Weight: 120 lbs   Height: 5' 1"   Sex: Female   Color of skin: White

Hair color: Brown   Other: _____

_____Robert Guyette_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on    November 14, 2017   , at   11:55 AM  , at the office of the Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served Summons in A Civil Action & Complaint

on

**La Boom Disco Inc**

the Defendant in this action, by delivering to and leaving with     Nancy Dougherty
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of    40.    dollars; That said service was made pursuant to Section   BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

14th   day of     November 2017

FAITH COZZ
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette
Invoice·Work Order # 1729109
Attorney File #  **Duran**