UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
RADAMES DURAN, on behalf of himself
and all others similarly situated,

                              Plaintiff,                            JUDGMENT
                                                                       17-cv-6331 (ARR) (CLP)

     v.

LA BOOM DISCO, INC.,

                              Defendant.
------------------------------------------------------------ X

       An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on February 25, 2019, denying plaintiff's motion for summary judgment; and granting summary judgment for defendant sua sponte; it is

       ORDERED and ADJUDGED that plaintiff's motion for summary judgment is denied; and that summary judgment is granted for defendant sua sponte.

Dated: Brooklyn, NY                                                           Douglas C. Palmer
February 27, 2019                                                           Clerk of Court

                                                                                            By: /s/*Jalitza Poveda*
                                                                                                   Deputy Clerk