# United States District Court
# for the Eastern District of New York

**File Number 1:17-cv-06331-ARR-CLP**

| |
|---|
| Radames Duran,<br>*on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>La Boom Disco, Inc.<br><br>Defendant |

**Notice of Appeal**

    Notice is hereby given that Radames Duran, plaintiff in the above named case,\* hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment dismissing this case, entered in this action on the 28th day of February, 2019 (ECF # 47).

        /s/*C.K. Lee*
        Attorney for <u>Rad Duran, Plaintiff</u>
        Address: Lee Litigation Group, PLLC, 30 East 39th Street, Second Floor, New York, NY 10016

---

\* See Rule 3(c) for permissible ways of identifying appellants.